# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-3091
LT Case No. 2022-DP-140

_____

K.N.C., Mother of I.A.A. and
G.L.A., Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

     Appellee.

_____


On appeal from the Circuit Court for Citrus County.
Richard A. Howard, Judge.

Scott Timothy Smith, of Scott Timothy Smith, PA, Brooksville, for
Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara E. Goldfarb, Statewide Director of Appeals, and
Amanda Victoria Glass, Senior Attorney, of Guardian ad Litem
Office, Tallahassee, and Morgan Lyle Weinstein, Co-Counsel
for Guardian ad Litem Program, of Twig Trade &
Tribunal, Fort Lauderdale, for Guardian ad Litem o/b/o I.A.A.
and G.L.A.


March 20, 2024

PER CURIAM.

AFFIRMED.

MAKAR, HARRIS, and SOUD, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————